Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-443-453**

**Effective Date of Registration:**
April 28, 2025

**Registration Decision Date:**
April 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Piano Man IV |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | February 05, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Justin Bua |
| **Pseudonym:** | BUA |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justin Bua |
| | 723 Kreutzberg Rd., Boerne, TX, 78006, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justin Bua |
| **Email:** | bua@justinbua.com |
| **Address:** | 723 Kreutzberg Rd. |
| | Boerne, TX 78006 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-443-454**

**Effective Date of Registration:**
April 28, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

   Title of Work: The DJ 2

## Completion/Publication

   Year of Completion: 2015
   Date of 1st Publication: March 17, 2015
   Nation of 1st Publication: United States

## Author

   • Author: Justin Bua
   Pseudonym: BUA
   Author Created: 2-D artwork
   Citizen of: United States
   Pseudonymous: Yes

## Copyright Claimant

   Copyright Claimant: Justin Bua
   723 Kreutzberg Rd., Boerne, TX, 78006, United States

## Rights and Permissions

   Name: Justin Bua
   Email: bua@justinbua.com
   Address: 723 Kreutzberg Rd.
   Boerne, TX 78006 United States

## Certification

   Name: David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-456-772**

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025



## Title

**Title of Work:** Funk N' Groovin'

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 20, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Justin Bua
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Justin Bua
723 Kreutzberg Rd., Boerne, TX, 78006, United States

## Rights and Permissions

**Name:** Justin Bua
**Email:** bua@justinbua.com
**Address:** 723 Kreutzberg Rd.
Boerne, TX 78006 United States

## Certification

**Name:** David Denholm
**Date:** May 09, 2025
**Applicant's Tracking Number:** JB2025042801

