IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUSTIN BUA,

    Plaintiff,                                           Case No.: 1:25-cv-14134

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | weixiaotingbaby |
| 2 | hu quantao |
| 3 | gly789 |
| 4 | linxuan115522 |
| 5 | xianyouyimeixuanmaoyiyouxiangongsi |
| 6 | ZongKai |
| 7 | Xianyou County Guanluo Trading Co., Ltd. |
| 8 | xianyouleidingmaoyiyouxiangongsi |
| 9 | weng dongliang888 |
| 10 | HONGHONG poster |
| 11 | changzhishidouyikejiyouxiangongsi |
| 12 | AE6TP8D1R |
| 13 | AEGWN4R07 |
| 14 | ChangYuShangMao |
| 15 | AEK7C3M0A |
| 16 | suqi he |
| 17 | oPeseaDirect |
| 18 | Sun starlight |
| 19 | HRposter |
| 20 | LJposter |
| 21 | ZJM poster |
| 22 | LJJ printing |
| 23 | General decorative painting |
| 24 | Dafengyuan Art |
| 25 | WFASCAIK Art poster decorations |

| | |
|---|---|
| 26 | Mei Bing poster |
| 27 | Boutique poster |
| 28 | great poster |
| 29 | Free spirit posters |
| 30 | NB Boom Poster |
| 31 | Home of Posters |
| 32 | Focus on posters |
| 33 | Artistic Visions |
| 34 | A very good poster |
| 35 | Artful Livin Wall Wonders Aesthetic Haven |
| 36 | Colorful Habitat |
| 37 | Good merchant Y |
| 38 | Wall Painting Art |
| 39 | Fantastic Wall Decoration |
| 40 | Canvas Classic Art |
| 41 | Wonderful Poster Showcase |
| 42 | This poster looks great |
| 43 | First Lucky SHOP local |
| 44 | Canvas painter |
| 45 | AcquarelloStudio |
| 46 | H Grateful Decorative painting |
| 47 | Sam decoration |
| 48 | AlchemyStream |
| 49 | MiNaNoNa Shop local |
| 50 | QINGLOVE |