✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|
| DOCKET NO.<br>1:25-cv-14134    DATE FILED<br>11/19/2025 | |
| PLAINTIFF<br>Justin Bua | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>E. Calasanz | DATE<br>8/12/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-453

**Effective Date of Registration:**
April 28, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Piano Man IV

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 05, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Justin Bua
  **Pseudonym:** BUA
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Justin Bua
723 Kreutzberg Rd., Boerne, TX, 78006, United States

## Rights and Permissions

**Name:** Justin Bua
**Email:** bua@justinbua.com
**Address:** 723 Kreutzberg Rd.
Boerne, TX 78006 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-454

**Effective Date of Registration:**
April 28, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | The DJ 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 17, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Justin Bua |
| | **Pseudonym:** | BUA |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |
| | **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justin Bua |
| | 723 Kreutzberg Rd., Boerne, TX, 78006, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justin Bua |
| **Email:** | bua@justinbua.com |
| **Address:** | 723 Kreutzberg Rd. |
| | Boerne, TX 78006 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-772

**Effective Date of Registration:**
May 09, 2025
**Registration Decision Date:**
August 08, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Funk N' Groovin' |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 20, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Justin Bua |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Justin Bua |
| | 723 Kreutzberg Rd., Boerne, TX, 78006, United States |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Justin Bua |
| **Email:** | bua@justinbua.com |
| **Address:** | 723 Kreutzberg Rd. |
| | Boerne, TX 78006 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 09, 2025 |
| **Applicant's Tracking Number:** | JB2025042801 |



## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Justin Bua

                        Plaintiff,

v.                                       Case No.:
                                       1:25−cv−14134
                                       Honorable John J.
                                       Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

     MINUTE entry before the Honorable John J. Tharp, Jr: Plaintiff's agreed motion to approve the consent judgment [44] is granted. Enter Order. This matter is concluded. All future dates and deadlines are stricken; any pending motions are denied as moot. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.